```
SHIP   DANIEL SUHR
 TO:   (414) 500-1650
       THE UPS STORE #5900
       1369 PORT WASHINGTON RD
       GRAFTON WI 53024-9333
```

```
SHIP TO:
U.S. COURT OF APPEALS
111 S 10TH ST
SAINT LOUIS MO 63102-1125
```

MO 631 9-01

```
                        1 OF 1
                 2 LBS
                 SHP WT: 2 LBS
                 DWT: 13.9.4
                 DATE: 01 NOV 2025
```



UPS NEXT DAY AIR

TRACKING #: 1Z XH1 757 01 8067 9693

1

BILLING: P/P

REF #1: BE

MH2C1AMAF7660 18H 13.0BC ZZP 450 42.5V 10/2025