**No. 25-8012**

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

DENNIS DONNELLY,
on behalf of himself and all others similarly situated,

*Plaintiff-Petitioner*,

*v.*

DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,

*Defendants*.

On Appeal from the United States District Court
for the Southern District of Iowa
Case No. 4:25-cv-00150-RGE-WPK

## RESPONDENT SELZER & COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Greg H. Greubel
Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Ste 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Robert Corn-Revere†
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Matthew A. McGuire
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Respondents J. Ann Selzer and Selzer & Company*

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1(a), Respondent Selzer & Company states that it is a citizen of the State of Iowa for the purposes of diversity jurisdiction. Further, Selzer & Company does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: November 4, 2025

Respectfully Submitted,


/s/ Robert Corn-Revere

Robert Corn-Revere†
(DC Bar No. 375415)
Conor T. Fitzpatrick
(Mich. Bar No. P78981)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
(Iowa Bar No. AT0015474)
Adam Steinbaugh
(Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

† *Counsel of Record*

*Attorneys for Respondents J. Ann Selzer and Selzer & Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60654

*/s/ Robert Corn-Revere*