**No. 25-8012**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

---

DENNIS DONNELLY,
on behalf of himself and all others similarly situated,

Plaintiff-Petitioner,

vs.

J. ANN SELZER, an individual, SELZER & COMPANY,
DES MOINES REGISTER AND TRIBUNE COMPANY, and
GANNETT CO., INC.,

Defendants-Respondents.

---

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF PETITION FOR REVIEW OF THE DENIAL OF A MOTION FOR REMAND PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)
to the United States District Court for the Southern District of Iowa
Case No. 4:25-CV-00150-RGE-WPK
Honorable Rebecca Goodgame Ebinger, District Judge**

---



Appellate Case: 25-8012 Page: 1 Date Filed: 11/12/2025 Entry ID: 5577679

COME NOW Plaintiff-Petitioner Dennis Donnelly and Defendants-Respondents Des Moines Register and Tribune Co., Inc., Gannett Co., Inc., J. Ann Selzer, and Selzer & Company, by and through their respective undersigned counsel, and pursuant to Federal Rule of Appellate Procedure 42(b)(1) hereby jointly stipulate as follows:

(1) Plaintiff-Petitioner's present Petition for Review of the Denial of a Motion for Remand Under the Class Action Fairness Act, 28 U.S.C. § 1453(c)(1), Case No. 25-8012 is dismissed as moot.

(2) The district court's October 22, 2025, order denying remand and jurisdictional discovery (R. Doc. 47) is properly the subject of any appeal taken from the district court's final judgment (R. Doc. 48). *See Beadle v. City of Omaha*, 983 F.3d 1073, 1075 (8th Cir. 2020) ("[I]nterlocutory orders merge into the judgment for appeal.").

(3) Each Party shall bear its own costs, and any court fees shall be assessed to Plaintiff-Petitioner. *See* Fed. R. App. P. 42(b)(1).

Dated: November 12, 2025

Respectfully submitted,

*/s/ Daniel R. Suhr*

**Daniel R. Suhr**
CENTER FOR AMERICAN RIGHTS
1341 W. Fullerton Ave., Suite 170
Chicago, Illinois
(414) 588-1658
dsuhr@americanrights.org



Appellate Case: 25-8012 Page: 2 Date Filed: 11/12/2025 Entry ID: 5577679

**Robert R. Anderson**
P.O. Box 4
Atlantic, Iowa 50022
(515) 382-1278
bobandersoniowan@gmail.com

*Attorneys for Petitioner Dennis Donnelly*

*/s/ Nick Klinefeldt*

**Nicholas A. Klinefeldt**
**David Yoshimura**
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
(515) 248-9000
nick.klinefeldt@faegredrinker.com
david.yoshimura@faegredrinker.com

*Attorneys for Respondents Des Moines Register & Tribune Company and Gannett Co., Inc.*

*/s/ Robert Corn-Revere*

**Robert Corn-Revere**
**Conor T. Fitzpatrick**
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

**Greg H. Greubel**
**Adam Steinbaugh**
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut Street, Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

**Matthew A. McGuire**
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Respondents J. Ann Selzer and Selzer & Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all parties in the case are represented by registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 12, 2025 <u>/s/ *Daniel Suhr*</u>