**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-8012

Dennis Donnelly, on behalf of himself and all others similarly situated

Petitioner

v.

Des Moines Register and Tribune Company, Inc.; J. Ann Selzer; Selzer & Company; Gannett Co., Inc.

Respondents

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:25-cv-00150-RGE)

**JUDGMENT**

The joint stipulation for dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 18, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler