**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-8012

Dennis Donnelly, on behalf of himself and all others similarly situated

Petitioner

v.

Des Moines Register and Tribune Company, Inc., et al.

Respondents

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:25-cv-00150-RGE)

---

**MANDATE**

In accordance with the judgment of November 18, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 18, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit